IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   04-cv-00210-RPM

APPLIED CHEMICAL MAGNESIAS CORPORATION,

Plaintiff,

v.

PACIFIC INDEMNITY COMPANY, et al.,

Defendants.

## Minute Order Entered by Senior District Judge Richard P. Matsch:

s/M. Virginia Wentz
    Secretary

The unopposed motion of Defendants Pacific Indemnity Company and Pacific Indemnity Company for leave to file supplemental pleading, Document # 26, filed on February 4, 2005, is granted.

Dated:  September 13, 2005