IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 04-CV-00210-RPM

APPLIED CHEMICALS MAGNESIAS CORPORATION,

      Plaintiff,

v.

PACIFIC INDEMNITY COMPANY, a Wisconsin insurance company, and
FEDERAL INSURANCE COMPANY, an Indiana corporation,

      Defendants.
_____

## ORDER
_____

Upon consideration of the Stipulated Motion Regarding Costs and Appeal Rights, filed on October 11, 2005, it is

ORDERED that the parties' stipulation of a waiver of costs in exchange for a waiver of appeal rights is approved.

Dated: October 12, 2005

                                    BY THE COURT:

                                    s/Richard P. Matsch

                                    _____
                                    Richard P. Matsch
                                    Senior United States District Judge